■ The People of the State of New York, Respondent, v Tharron T. Ferguson, Appellant. (Appeal No. 1.) [750 NYS2d 547] —Appeal from a judgment of Jefferson County Court (Martusewicz, J.), entered March 13, 2000, convicting defendant upon his plea of guilty of criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant contends that County Court erred in failing to afford him the opportunity to make a statement on his own behalf before imposing sentence and thus failed to comply with CPL 380.50 (1). That contention is not preserved for our review (*see People v Green*, 54 NY2d 878, 880; *People v Nagy*, 179 AD2d 1091, *lv denied* 79 NY2d 1005). In any event, were we to reach the merits of defendant's contention, we would conclude that there was substantial compliance with CPL 380.50 (1) (*see People v McClain*, 35 NY2d 483, 491-492). The bargained-for sentence is neither unduly harsh nor severe (*see People v Rodriguez*, 295 AD2d 919). Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Lawton, JJ.